**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Booker T. VANDERHORST,**
**Defendant–Appellant.**

No. 16–6016

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2016

Decided: May 31, 2016

Booker T. Vanderhorst, Appellant Pro Se. Nathan S. Williams, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Booker T. Vanderhorst seeks to appeal the district court's order denying his motion to amend the record in his 28 U.S.C. § 2255 (2012) proceeding. We dismiss the appeal for lack of jurisdiction because the order Vanderhorst seeks to appeal is neither final nor otherwise appealable. See Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–47, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949); Catlin v. United States, 324 U.S. 229, 233–34, 65 S.Ct. 631, 89 L.Ed. 911 (1945).

Accordingly, we deny Vanderhorst's motion asking this court to amend the record and we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED